ACCEPTED
03-14-00673-CR
7450929
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/20/2015 11:18:18 AM
JEFFREY D. KYLE
CLERK

# COPELAND LAW FIRM

*P.O. Box 399*
*Cedar Park, Texas 78613*
*512.219.8930 (phone/fax)*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

10/20/2015 11:18:18 AM

JEFFREY D. KYLE
Clerk

**TIM COPELAND***
*(512) 897-8196 mobile/text*
tcopeland14@yahoo.com

**ERIKA COPELAND****
*(512) 897-8126 mobile/text*
ecopeland63@yahoo.com

*Board Certified - Oil, Gas & Mineral Law*
*Texas Board of Legal Specialization*

**Of Counsel*

October 20, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711
Via e-filing

> Re:  Cause No. 03-14-00673-CR
>       (Trial Court No. 72519)(Bell County)
>       *Christopher Anthony George* **v.** *The State of Texas*

Dear Mr. Kyle:

Please be advised that I have complied with Rule 48.4 with regard to giving notification of the Court's opinion in this case to the above-referenced client as well as advised him of his rights with regard to the filing of a petition for discretionary review-- as shown by the enclosed copy of the certified mailing receipt for same.

Very truly yours,

/s/Erika Copeland

Erika Copeland

EC:aw



D
:'r
JJ
Cl

u")
.-'!
Cl
t'-

## U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®

OFFICIAL USE

| Certified Mail Fee | $3.45 | | 0613 |
| $ | $2.80 | | 15 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ ___ $0.00
☐ Return Receipt (electronic)    $ ___ $0.00
☐ Certified Mail Restricted Delivery    $ ___ $0.00
☐ Adult Signature Required    $ ___ $0.00
☐ Adult Signature Restricted Delivery    $ ___

Postmark
Here

CEDAR PARK POST OFFICE   OCT 20 2015   CEDAR PARK TX 78613

| Postage | $0.93 |
| $ | |
| Total Postage and Fees | $7.18 |
| $ | |

Sent To *Christopher George, TDCJ # 01965080*

Street and Apt. No., or PO Box No. *2665 Prison Rd. # 1*

City, State, ZIP+4® *Lovelady, Tx 75851*

pril 2015 PSN 7530-02-000-9047    See Reverse for Instructions